**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| **WACHOVIA BANK, NATIONAL ASSOCIATION,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) ) | **CASE NO. 3:09cv307-HTW-LRA** |
| **WYNN PROPERTIES, INC., and JAMES WYNN THREATT,** | ) ) ) ) | |
| **Defendants.** | ) | |

**FINAL JUDGMENT**

This action came on for hearing on the Motion of the Plaintiff, Wachovia Bank, National Association, for a Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and the Defendants, Wynn Properties, Inc and James Wynn Threatt ("Defendants") having been duly served with the Summons and Complaint, and the Defendants having failed to plead or otherwise defend, and their defaults having been duly entered and the Defendants having taken no proceedings since such defaults were entered.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Plaintiff, Wachovia Bank, National Association, does have and recover of and from the Defendants Wynn Properties, Inc. and James Wynn Threatt, jointly and severally, for the principal sum of $374,683.31, plus attorneys fees of $18, 316.60 and expenses of $2,122.00, for a total judgment of $374,683.31, for which let proper execution issue.

**SO ORDERED AND ADJUDGED** this the 25th day of May, 2010.

> s/ HENRY T. WINGATE
> CHIEF JUDGE
> UNITED STATES DISTRICT COURT

Prepared and presented by:

s/*Eric F. Hatten*
Eric F. Hatten, MS Bar #10428
Amanda Beckett, MS Bar #102738
BURR & FORMAN LLP
The Heritage Building
401 E. Capitol Street, Suite 100
Jackson, Mississippi 39201
Telephone:  601-355-3434
Facsimile:   601-355-5150

Attorneys for Plaintiff
Wachovia Bank, National Association

**CASE NO. 3:09cv307-HTW-LRA**
**FINAL JUDGMENT**